# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| **SOMASUNDARAN KUMARAN** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 1:18-CV-00324** |
| | § | |
| **ALBERT SANDIFER AND** | § | |
| **BRYCE TRANSPORT, INC.** | § | |

## DEFENDANTS' NOTICE OF REMOVAL
## EXHIBIT B: CERTIFIED COPY OF STATE DOCKET SHEET

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW, Charles Sandifer and Bryce Transport, Inc., the defendants in the above-captioned cause, and file this certified copy of the state court docket sheet, as required by Local Rule CV-81(c)(2).

# CIVIL DOCKET, DISTRICT COURT

CASE NO. E-0201883-

PAGE 1 OF 1
FROM 07/18 TO CURRENT

| NUMBER OF CASE | NAMES OF PARTIES | ATTORNEYS | KIND OF ACTION | DATE OF FILING |
|---|---|---|---|---|
| E0201883- | KUMARAN, SOMASUNDARAN VS SANDIFER, ALBERT | SKRABANEK, M PAUL  PLFT<br>NO ATTORNEY AT THIS TIME  DEFT | PERSONAL INJURY INV | 6/07/2018 |
| | | | DISPOSITION DATE | JURY FEE | DATE |
| | | | | | PROCESS |

**DATE OF ORDERS** | **ORDERS OF THE COURT**

I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

July 09, 2018

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

Jamie Smith

Page 1 of 1



I CERTIFY THIS IS A TRUE COPY
Witness my Hand and Seal of Office

July 09, 2018

JAMIE SMITH, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS

*Jamie Smith*

Certified Document Number: 1942422 Total Pages: 1

In accordance with Texas Government Code 51.301 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail districtclerk@co.jefferson.tx.us