| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | |
|---|---|
| SOMASUNDARAN KUMARAN, | § |
| | § |
| Plaintiff, | § |
| | § |
| *versus* | § CIVIL ACTION NO. 1:18-CV-324 |
| | § |
| BRYCE TRANSPORT and ALBERT SANDIFER, | § |
| | § |
| Defendants. | § |

## FINAL JUDGMENT

In light of the parties' failure to submit final settlement papers or move for reinstatement within ninety (90) days of the court's Order of Conditional Dismissal (#19), signed December 19, 2019, this action is dismissed with prejudice. Each party shall bear its own costs of court and attorney's fees.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 17th day of March, 2020.

*[signature]*
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE